## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES EDWARD CARTER,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **vs.** | : **CIVIL ACTION 05-0342-CG-M** |
| | : |
| **ALABAMA DEPARTMENT OF** | : |
| **CORRECTIONS, et al.,** | : |
| | : |
| **Defendants.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the

issues raised, and there having been no objections filed, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this

Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for

failure to prosecute and to obey the Court's Order.

DONE this 11th day of August, 2006.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE